ACCEPTED
06-15-00052-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/5/2015 3:06:49 PM
DEBBIE AUTREY
CLERK

No. 06-15-00052-CV
_____

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/5/2015 3:06:49 PM
DEBBIE AUTREY
Clerk

_____

TAMI DONALD, JERRY MOORE,
and SUMMIT SPRING WATER CO., INC.

Appellants

v.

BRIAN RHONE, CHRIS RHONE,
BMR DISTRIBUTING, INC., and RHONE WATER CO., INC.

Appellees

_____

On Appeal from the 336th District Court of Fannin County, Texas
The Honorable Laurine J. Blake, Judge Presiding

_____

UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE APPELLANTS' BRIEF

_____

I.

Appellants move for an unopposed extension of time to file their brief and state

the following in support:

Appellants' brief is due to be filed on October 26, 2015.   Appellants

respectfully request a thirty-day extension of time, until November 25th, to file their brief. Appellants have not previously requested an extension of time to file their brief. Appellants are not filing this motion for the purpose of delay, but in the interest of justice.

## II.

Appellants' counsel is Chad Ruback. Ruback has been busy assisting trial counsel in the trial of *In re Estate of Barbara R. Dean*, cause number 7344 in the County Court of Jim Wells County, Texas. After seven non-consecutive days of trial, the case settled on September 25th.

Ruback has also been busy drafting an appellant's brief in *Dorothy S. Nesmith, M.D., P.A. v. Valley Baptist Medical Center*, cause number 13-15-00207-CV in the Corpus Christi Court of Appeals. Ruback filed that brief on September 30th.

Ruback has been (and continues to be) busy drafting an appellant's reply brief in *Bush v. Bush*, cause number 05-15-00586-CV in the Dallas Court of Appeals. That brief is due on October 13th.

Due to these other obligations, Ruback will be unable to complete Appellants' brief in this case by the October 26th deadline.

## III.

WHEREFORE, PREMISES CONSIDERED, Appellants pray that this Court

enter an order granting their Unopposed Motion for Extension of Time to File

Appellants' Brief and specifying that Appellants' brief be filed on or before

November 25, 2015.

Respectfully submitted,

/s/ Chad M. Ruback
Chad M. Ruback
State Bar No. 90001244
chad@appeal.pro
The Ruback Law Firm
8117 Preston Road
Suite 300
Dallas, Texas 75225
(214) 522-4243
(214) 522-2191 facsimile

## CERTIFICATE OF CONFERENCE

I certify that, on October 5, 2015, I conferred with Appellees' counsel and that he is unopposed to the relief sought in this motion.

/s/ Chad M. Ruback
Chad M. Ruback

## CERTIFICATE OF SERVICE

I certify that, on October 5, 2015, I served a copy of this motion to the following counsel for Appellees:

Thomas F. Dunn
4025 Woodland Park Boulevard
Suite 150
Cedar Arlington, Texas 76013

/s/ Chad M. Ruback
Chad M. Ruback